JOHN D. FREED (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email:        jakefreed@dwt.com

STEVEN E. KLEIN (OR State Bar No. 051165)
*Pro hac vice*
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:   (503) 778-5299
Email:        stevenklein@dwt.com

ADAM S. SIEFF (CA Bar No. 302030)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899
Email:        adamsieff@dwt.com

Attorneys for Plaintiff
BOILING CRAB FRANCHISE CO., LLC

JS-6

IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAJUN BOILING CRAB INC., CAJUN BOILING CRAB CO., and ANTWAN ALLAM ALEXANDER CHENEVERT (A/K/A ALEXANDER CHENEVERT),<br><br>Defendants. | Case No. 8:21-cv-00402-JVS-DFM<br><br>**CORRECTED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

The above-entitled matter came on by motion by plaintiff Boiling Crab Franchise Co., LLC ("The Boiling Crab" or "Plaintiff") for entry of default judgment against defendants Cajun Boiling Crab Inc., Cajun Boiling Crab Co. and Antwan Allam Alexander Chenevert (a/k/a Alexander Chenevert) (collectively, "Defendants"), and the Honorable James V. Selna, after taking the matter under submission, rendered a decision granting the motion.

**NOW, THEREFORE, IT IS ORDERED ADJUDGED AND DECREED** that by reason of the pleadings, testimony and evidence submitted on the motion, and the findings of this Court, judgment is hereby entered in favor of Plaintiff and against all Defendants on Plaintiff's First Claim for Infringement of a Federally Registered Trademark, Second Claim for Federal Unfair Competition, and Third Claim for Unfair Competition Under Cal. Bus. & Prof. Code § 17200.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that,

1.  Defendants and their agents, servants, employees, successors, licensees and assignees, and all persons, firm entities, partners, or corporations in active concert or participation with Defendants, are permanently enjoined from doing, threatening, or attempting to do or causing to be done, either directly or indirectly, by any means, method, or device, any of the following acts:

    a) Directly or indirectly infringing, using, or displaying The Boiling Crab's THE BOILING CRAB trademarks ("Marks") or any mark or trade name similar thereto, including but not limited to Defendants' existing CAJUN BOILING CRAB, CAJUN BOILING CRAB INC. and CAJUN BOILING CRAB CO. names and/or trademarks ("Infringing Marks") in any manner or for any purpose, including but not limited to, in advertising, promoting, producing, distributing, selling, offering for sale, or giving away any services or products which infringe, use, or display the Marks, or any similar marks or trade names;

    b) Using any term that is likely to be confused with The Boiling Crab's Marks;

  c) Falsely representing, misleading, or deceiving consumers into believing that services or products advertised, promoted, produced, distributed, sold, or offered for sale by Defendants originate from The Boiling Crab or its the BOILING CRAB restaurants, or are sponsored, approved, licensed by, or associated with The Boiling Crab or its THE BOILING CRAB restaurants, or that Defendants or their services or products are in some way associated or affiliated with The Boiling Crab or its restaurants, including by using the phrase EAT WITH YOUR HANDS or the hashtag #EATWITHYOURHANDS, including but not limited to, in advertising, promoting, producing, distributing, selling, offering for sale, or giving away any services or products;

  d) Passing off, inducing, or enabling others to sell or pass off any product or service as and for products or services produced or provided by The Boiling Crab, which are not Plaintiff's or not produced under the control and supervision of The Boiling Crab and approved by The Boiling Crab for sale under the Boiling Crab's Marks;

  e) Committing any other acts calculated to or that do unfairly compete with The Boiling Crab in any manner;

  f) Filing or maintaining any trade name, business license, d/b/a, or similar document using the Marks or any mark confusingly similar thereto; and

  g) Registering, using, or trafficking in any domain name containing or consisting of the Marks or any mark confusingly similar thereto.

  2. Defendants are ordered to pay The Boiling Crab's damages in the amount of $291,650.

  3. Defendants are ordered to pay The Boiling Crab's attorney fees in the amount of $9,433.

  4. Defendants be ordered to pay post-judgment interest according to law on the award of damages and attorneys' fees.

5. There being no reason for delay, the entry of this default judgment constitutes final judgment as to all claims by Plaintiff against Defendants pursuant to Fed. R. Civ. P. 54(b).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED THIS 6th day of August, 2021.

_____
The Honorable James V. Selna
UNITED STATES DISTRICT JUDGE